1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  NEAL C. HONG (ILBN 6309265)
   Assistant United States Attorney
5
6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5081
      neal.hong@usdoj.gov
8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                         SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 22-CR-00343 BLF |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER REGARDING RESTITUTION |
| v. | ) |
| BRIAN RISSO, | ) |
| Defendant. | ) |

## STIPULATION

The United States, by and through its counsel of record, and the defendant Min Hao Wu, through his counsel of record, hereby stipulate as follows:

1.  On January 23, 2024, the Court sentenced Defendant to 60 months of imprisonment followed by 5 years of supervised release and a fine of $25,000.

2.  At the sentencing hearing, at the parties' request, the Court found good cause and deferred ruling on the restitution and scheduled a hearing for April 9, 2024.

3.  Victim restitution is mandatory pursuant to 18 U.S.C. § 2259. In child pornography cases, the court shall determine the full amount of the victim's losses that were incurred or are reasonably projected to be incurred by the victim as a result of the defendant's crime, and then "order restitution in an amount that reflects the defendant's relative role in the causal process that underlies the

1

victim's losses, but which is no less than $3,000." 18 U.S.C. § 2259(b)(2).  The court shall resolve any dispute as to the proper amount or type of restitution by a preponderance of the evidence, and the government bears the burden of demonstrating the amount of loss sustained by the victim. 18 U.S.C. § 3664(e).

4. The parties agree and stipulate that the individuals identified as victims below ("Victims") are victims of Defendant's crime of conviction.

5. The parties agree and stipulate that the Defendant shall pay restitution totaling $91,000 to the following victims in the following amounts:

| Identified Victim/Series "Name" | Restitution | Address for Payment |
|---|---|---|
| 1. At School Violet | $ 5,000 | Carol L. Hepburn, PO Box 17718 Seattle, WA 98127 |
| 2. Best Necklace Maria | $ 5,000 | Carol L. Hepburn, PO Box 17718 Seattle, WA 98127 |
| 3. MotorCouch 1 Cara | $ 5,000 | Carol L. Hepburn, PO Box 17718 Seattle, WA 98127 |
| 4. JanSocks 1 Sierra | $ 7,000 | Carol L. Hepburn, PO Box 17718 Seattle, WA 98127 |
| 5. JanSocks 3 Skylar | $ 5,000 | Carol L. Hepburn, PO Box 17718 Seattle, WA 98127 |
| 6. JanSocks 4 Sally | $ 5,000 | Carol L. Hepburn, PO Box 17718 Seattle, WA 98127 |
| 7. Marineland 1 Sarah | $ 5,000 | Carol L. Hepburn, PO Box 17718 Seattle, WA 98127 |
| 8. Vicky Lily | $ 5,000 | Carol L. Hepburn, PO Box 17718 Seattle, WA 98127 |
| 9. SweetPinkSugar Mya | $ 5,000 | Deborah A. Bianco P.O. Box 6503 Bellevue, WA 98008 |

| Identified Victim/Series "Name" | Restitution | Address for Payment |
|---|---|---|
| 10. SweetWhiteSugar Pia | $ 5,000 | Deborah A. Bianco<br>P.O. Box 6503<br>Bellevue, WA 98008 |
| 11. SurferHair Jessy | $ 5,000 | Deborah A. Bianco<br>P.O. Box 6503<br>Bellevue, WA 98008 |
| 12. BluesPink 1 Fiona | $ 5,000 | Marsh Law Firm PLLC<br>ATTN: Raven<br>PO Box 4668 #65135<br>New York, NY 10163-4668 |
| 13. CinderBlockBlue Jane | $ 5,000 | Marsh Law Firm PLLC<br>ATTN: Raven<br>PO Box 4668 #65135<br>New York, NY 10163-4668 |
| 14. Jenny | $ 5,000 | Marsh Law Firm PLLC<br>ATTN: Raven<br>PO Box 4668 #65135<br>New York, NY 10163-4668 |
| 15. Misty Amy 3 | $ 5,000 | Marsh Law Firm PLLC<br>ATTN: Raven<br>PO Box 4668 #65135<br>New York, NY 10163-4668 |
| 16. PinkHeartSister 1 Erika | $ 5,000 | Marsh Law Firm PLLC<br>ATTN: Raven<br>PO Box 4668 #65135<br>New York, NY 10163-4668 |
| 17. MiddleModelSister Anna | $ 5,000 | Utah Crime Victims Legal Clinic<br>404 East 4500 South Ste B24<br>Salt Lake City, UT 84107 |
| 18. Linda & Patty 1 Patty | $ 4,000 | Jones Day<br>Attn: Hannah Kail<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA 15219-2514 |
| TOTAL | $91,000.00 | |

## FURTHER STIPULATIONS

1. Defense counsel has discussed this stipulation with Defendant, and Defendant has consented to pay restitution of $ 91,000 to the victims identified above in the amounts specified.

2. The parties agree and stipulate that Defendant shall make full payment of restitution in the amount of $91,000 to the Clerk of U.S. District Court on or before May 15, 2024. The parties further stipulate that Defendant must pay interest on restitution if the restitution is not paid in full before May

15, 2024, pursuant to 18 U.S.C. § 3612(f). The restitution payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102. Notwithstanding any payment schedule set by the court, the United States Attorney's Office may pursue collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3644(m).

    3.    The parties respectfully request that the Judgment and Sentence be modified to reflect an Order of Restitution totaling $ 91,000 be paid to the Victims in the amounts specified.

    4.    The parties further stipulate that, in light of this agreement, the restitution hearing set for April 9, 2024, is no longer necessary.  Accordingly. The parties respectfully request that the Court vacate the restitution hearing.

IT IS SO STIPULATED.

Dated: April 2, 2024

ISMAIL J. RAMSEY
United States Attorney

/s/  Neal C. Hong
NEAL C. HONG
Assistant United States Attorney


/s/ John D. Forsyth
JOHN D. FORSYTH
Counsel for Defendant

# [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation above, the Court hereby ORDERS that:

1. It is ordered that defendant Brian Risso ("Defendant") shall pay restitution in the amount of $91,000 to the following victims in the following amounts:

| Identified Victim/Series "Name" | Restitution | Address for Payment |
|---|---|---|
| 1. At School Violet | $ 5,000 | Carol L. Hepburn, PO Box 17718 Seattle, WA 98127 |
| 2. Best Necklace Maria | $ 5,000 | Carol L. Hepburn, PO Box 17718 Seattle, WA 98127 |
| 3. MotorCouch 1 Cara | $ 5,000 | Carol L. Hepburn, PO Box 17718 Seattle, WA 98127 |
| 4. JanSocks 1 Sierra | $ 7,000 | Carol L. Hepburn, PO Box 17718 Seattle, WA 98127 |
| 5. JanSocks 3 Skylar | $ 5,000 | Carol L. Hepburn, PO Box 17718 Seattle, WA 98127 |
| 6. JanSocks 4 Sally | $ 5,000 | Carol L. Hepburn, PO Box 17718 Seattle, WA 98127 |
| 7. Marineland 1 Sarah | $ 5,000 | Carol L. Hepburn, PO Box 17718 Seattle, WA 98127 |
| 8. Vicky Lily | $ 5,000 | Carol L. Hepburn, PO Box 17718 Seattle, WA 98127 |
| 9. SweetPinkSugar Mya | $ 5,000 | Deborah A. Bianco P.O. Box 6503 Bellevue, WA 98008 |
| 10. SweetWhiteSugar Pia | $ 5,000 | Deborah A. Bianco P.O. Box 6503 Bellevue, WA 98008 |
| 11. SurferHair Jessy | $ 5,000 | Deborah A. Bianco P.O. Box 6503 Bellevue, WA 98008 |

| Identified Victim/Series "Name" | Restitution | Address for Payment |
|---|---|---|
| 12. BluesPink 1 Fiona | $ 5,000 | Marsh Law Firm PLLC<br>ATTN: Raven<br>PO Box 4668 #65135<br>New York, NY 10163-4668 |
| 13. CinderBlockBlue Jane | $ 5,000 | Marsh Law Firm PLLC<br>ATTN: Raven<br>PO Box 4668 #65135<br>New York, NY 10163-4668 |
| 14. Jenny | $ 5,000 | Marsh Law Firm PLLC<br>ATTN: Raven<br>PO Box 4668 #65135<br>New York, NY 10163-4668 |
| 15. Misty Amy 3 | $ 5,000 | Marsh Law Firm PLLC<br>ATTN: Raven<br>PO Box 4668 #65135<br>New York, NY 10163-4668 |
| 16. PinkHeartSister 1 Erika | $ 5,000 | Marsh Law Firm PLLC<br>ATTN: Raven<br>PO Box 4668 #65135<br>New York, NY 10163-4668 |
| 17. MiddleModelSister Anna | $ 5,000 | Utah Crime Victims Legal Clinic<br>404 East 4500 South Ste B24<br>Salt Lake City, UT 84107 |
| 18. Linda & Patty 1 Patty | $ 4,000 | Jones Day<br>Attn: Hannah Kail<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA 15219-2514 |
| TOTAL | $91,000.00 | |

2. It is further ordered that Defendant shall make full payment of restitution in the amount of $91,000 to the Clerk of U.S. District Court on or before May 15, 2024. Defendant must pay interest on restitution if the restitution is not paid in full on or before May 15, 2024, pursuant to 18 U.S.C. § 3612(f).

//

//

//

//

//

6

1  The restitution payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

3.   It is further ordered that the restitution hearing set for April 9, 2024 is hereby vacated.

IT IS SO ORDERED.

Dated: April 3, 2024

_____
HON. BETH LABSON FREEMAN
United States District Judge